IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROCKEFELLER PHOTOS, LLC, | |
| Plaintiff, | **8:26CV81** |
| vs. | |
| AREND'S FAMILY FOODS, INC., | **ORDER TO SHOW CAUSE** |
| Defendant. | |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Plaintiff commenced this action on February 23, 2026. (Filing No. 1). On March 6, 2026, Plaintiff filed a summons return that was executed on March 4, 2026. (Filing No. 8). To date, defendant Arend's Family Foods, Inc. has not filed any responsive pleading or otherwise appeared in this case, and Plaintiff has taken no further action.

Plaintiff has a duty to prosecute this case and may, for example, seek default in accordance with applicable rules, voluntarily dismiss this action, or take other action as appropriate. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute, or the action will be dismissed for lack of prosecution.

Accordingly,

IT IS ORDERED that on or before April 17, 2026, Plaintiff must show cause why this case should not be dismissed for failure to prosecute or take some other appropriate action.

Dated this 31st day of March, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge