IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROCKEFELLER PHOTOS, LLC,

Plaintiff,

vs.

AREND'S FAMILY FOODS, INC.

Defaulted Defendant.

**8:26CV81**

**ORDER TO SHOW CAUSE**

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

The complaint was filed on February 23, 2026. (Filing No. 1). Plaintiff filed a return of service indicating service on Defendant Arend's Family Foods, Inc. (Filing No. 8). Thereafter, Plaintiff moved for Clerk's Entry of Default on April 15, 2026. (Filing No. 10). Clerk's Entry of Default was entered in accordance with Fed. R. Civ. P. 55(a) on the same day. (Filing No. 12).

Plaintiff has a duty to prosecute the case and may, for example, seek the Court's Entry of Default Judgment in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiff shall have until July 6, 2026 to show cause why this case should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 15th day of June, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge